# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-307-715

**Effective Date of Registration:**
April 06, 2022
**Registration Decision Date:**
July 11, 2022

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

**Title of Work:** Mexican Seafood Menu - Greensboro

## Completion/Publication
_____

**Year of Completion:** 2019
**Date of 1st Publication:** October 05, 2019
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Mercedes Gonzalez
  **Author Created:** Artwork
  **Citizen of:** Mexico

## Copyright Claimant
_____

**Copyright Claimant:** Mercedes Gonzalez
201 Rocky Slope Road, Apt. 1001, Greenville, SC, 29607, United States

## Rights and Permissions
_____

**Name:** Clint Morse
**Email:** cmorse@brookspierce.com

## Certification
_____

**Name:** Micole Little, Authorized agent of Author/Owner
**Date:** April 06, 2022

Page 1 of 2

**Correspondence:** Yes

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



Clint Morse
230 North Elm Street
2000 Renaissance Plaza
Greensboro, NC 27401 United States